Lonnie D. Giamela (SBN 228435)
lgiamela@laborlawyers.com
Nathan V. Okelberry (SBN 266596)
nokelberry@laborlawyers.com
FISHER & PHILLIPS LLP
444 S. Flower Street, Suite 1590
Los Angeles, California 90071
Telephone (213) 330-4500
Facsimile (213) 330-4501

Attorneys for Defendant
LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PATRICIA WEBSTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, an Illinois limited partnership; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 2:14-cv-06073-BRO-JC<br><br>*Assigned to Hon. Beverly Reid O'Connell*<br><br>**JUDGMENT** |

On August 24, 2015, a hearing was held before this Court regarding Defendant Levy Premium Foodservice Limited Partnership's ("Defendant") motion for summary judgment or in the alternative summary adjudication against Plaintiff Patricia Webster ("Plaintiff").

After full briefing and oral argument by the parties, the Court having fully considered the evidence presented and the issues having been heard granted Defendant's motion for summary judgment in its entirety on September 25, 2015; and

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff Patricia Webster take nothing by her Complaint;

2. That judgment on the merits is hereby entered in favor of Defendant Levy Premium Foodservice Limited Partnership against Plaintiff Patricia Webster;

3. That Plaintiff's Complaint is dismissed with prejudice for the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment entered on September 25, 2015;

4. That Defendant Levy Premium Foodservice Limited Partnership is the prevailing party; and

5. That Defendant Levy Premium Foodservice Limited Partnership shall recover its costs in this action.

**IT IS HEREBY ORDERED**

Dated: <u>October 6, 2015</u>

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

JUDGEMENT

FPDOCS 31071189.1